**United States Bankruptcy Court**
**District of Minnesota**

In re   Sean R Nienow
        Cynthia M Nienow                                        Case No. _____
                              Debtor(s)                         Chapter    7

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

- [X] **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

- [ ] **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    - [ ] Debtor was not employed during the 60 days preceding the filing of the petition;
    - [ ] Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;
    - [ ] Debtor was self-employed during the 60 days preceding the filing of the petition;
    - [ ] Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or
    - [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _[signature]_                               Date:  May 29, 2014

*********************************************************************

- [ ] **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

- [X] **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    - [X] Joint Debtor was not employed during the 60 days preceding the filing of the petition;
    - [ ] Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;
    - [ ] Joint Debtor was self-employed during the 60 days preceding the filing of the petition;
    - [ ] Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or
    - [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: _Cynthia M. Nienow_                  Date:  May 29, 2014

State of Minnesota
MINNESOTA SENATE
231 State Capitol Bldg.
St. Paul, MN 55155

Ph: 651-296-4904
Fax: 651-296-4341

Accounts Payable Questions

| | SENATOR SEAN R NIENOW | 710 | Check No. | 00007743 | 06/02/2014 |
|---|---|---|---|---|---|
| Invoice Number | Description | Date | Invoice Amount | Discount | Total |
| HOUSING | HOUSING | 06/01/2014 | $1,140.00 | $0.00 | $1,140.00 |
| | | TOTALS: | $1,140.00 | $0.00 | $1,140.00 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

State of Minnesota
MINNESOTA SENATE
231 State Capitol Bldg.
St. Paul, MN 55155

22-96/960

DATE: 06/02/2014
CHECK NO.: 00007743

ACH Account 8100065245    $1,140.00

AMOUNT
VOID

---

State of Minnesota
MINNESOTA SENATE
231 State Capitol Bldg.
St. Paul, MN 55155

For Payroll Questions:
Ph 651-296-9321
Fax 651-296-5003

| EMPLOYEE | SEAN R. NIENOW | | EMPLOYEI 710 | | Period End Date | 06/30/2014 | | Check No | 70111408 |
|---|---|---|---|---|---|---|---|---|---|
| EARNINGS | | CURRENT | YTD | TAX | CURRENT | YTD | BENEFIT CURRENT YTD | DEDUCTION | CURRENT | YTD |

| EARNINGS | CURRENT | YTD | TAX | CURRENT | YTD | DEDUCTION | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| SALARY | 2,595.08 | 15,570.48 | FIT | | | DCP | 63.00 | 378.00 |
| INTDIEM | 0.00 | 602.00 | SIT | | | DENTAL | 34.02 | 204.12 |
| TAXCOM | 0.00 | 375.00 | FICA | 149.31 | 1,377.43 | OPINS | 31.80 | 190.80 |
| PER DIEM | 0.00 | 6,880.00 | FICM | 34.92 | 322.14 | HEALTH | 152.92 | 917.52 |
| | | | | | | MSRS | 129.75 | 1,128.75 |
| | | | | | | PARK | 0.00 | 89.25 |
| TOTAL | 2,595.08 | 23,427.48 | TOTAL | 184.23 | 1,699.57 | TOTAL | 411.49 | 2,908.44 |
| TAXABLE WAGES | 2,215.39 | | | | | NET PAY | $0.00 | $18,819.47 |

8100065245    $1,999.36

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

State of Minnesota
MINNESOTA SENATE
231 State Capitol Bldg.
St. Paul, MN 55155

22-96/960
8100065245    $1,999.36

DATE: 06/02/2014
CHECK NO.: 70111408

*** TRANSFERRED BY ELECTRONIC FUNDS TRANSFER ***

PAY TO THE ORDER OF
SEAN R. NIENOW
139 6TH AVE SW
CAMBRIDGE, MN 55008

AMOUNT
$0.00

Non-Negotiable

VOID OVER $0.00

| EMPLOYEE | | | | EMPLOYEE 710 | | Period End Date | | 03/31/2014 | | Check No | 70109594 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EARNINGS | | CURRENT | YTD | TAX | CURRENT | YTD | BENEFIT | CURRENT | YTD | DEDUCTION | CURRENT | YTD |
| SALARY | | 2,595.08 | 7,785.24 | FIT | | | | | | DCP | 63.00 | 189.00 |
| INTDIEM | | 0.00 | 172.00 | SIT | | | | | | DENTAL | 34.02 | 102.06 |
| TAXCOM | | 0.00 | 125.00 | FICA | 147.46 | 464.48 | | | | OPINS | 31.80 | 95.40 |
| | | | | FICM | 34.49 | 108.63 | | | | HEALTH | 152.92 | 458.76 |
| | | | | | | | | | | MSRS | 129.75 | 389.25 |
| | | | | | | | | | | PARK | 29.75 | 29.75 |
| TOTAL | | 2,595.08 | 8,082.24 | TOTAL | 181.95 | 573.11 | TOTAL | | | | | |
| TAXABLE WAGES | | 2,185.64 | | | | | | | | TOTAL | 441.24 | 1,264.22 |
| 8100065245 | | $1,971.89 | | | | | | | | NET PAY | $0.00 | $6,244.91 |

**State of Minnesota**
**MINNESOTA SENATE**
231 State Capitol Bldg.
St. Paul, MN 55155

For Payroll Questions:
Ph 651-296-7645
Fax 651-296-4241

| EMPLOYEE | SEAN R. NIENOW | | | EMPLOYEE 710 | | Period End Date | | 05/31/2013 | | Check No. | 70102702 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EARNINGS | | CURRENT | YTD | TAX | CURRENT | YTD | BENEFIT | CURRENT | YTD | DEDUCTION | CURRENT | YTD |
| SALARY | | 2,595.08 | 12,975.40 | FIT | | | | | | DCP | 63.00 | 315.00 |
| TAXCO | | .00 | 500.00 | SIT | | | | | | DENTAL | 31.04 | 155.20 |
| PER DI | | .00 | 8,428.00 | FICA | 148.05 | 1,293.76 | | | | OPINS | 26.44 | 132.20 |
| | | | | FICM | 34.62 | 302.57 | | | | HEALTH | 146.48 | 732.40 |
| | | | | | | | | | | MSRS | 129.75 | 1,095.15 |
| | | | | | | | | | | PARK | 29.75 | 148.75 |
| TOTAL | | 2,595.08 | 21,903.40 | TOTAL | 182.67 | 1,596.33 | TOTAL | | | | | |
| TAXABLE WAGES | | 2,195.06 | | | | | | | | TOTAL | 426.46 | 2,578.70 |
| 8100065245 | | $1,985.95 | | | | | | | | NET PAY | .00 | 17,728.37 |

**State of Minnesota**
**MINNESOTA SENATE**
231 State Capitol Bldg.
St. Paul, MN 55155

For Payroll Questions:
Ph 651-296-9321
Fax 651-296-5003

| EMPLOYEE | SEAN R. NIENOW | | | EMPLOYEE 710 | | Period End Date | | 04/30/2014 | | Check No | 70110219 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EARNINGS | | CURRENT | YTD | TAX | CURRENT | YTD | BENEFIT | CURRENT | YTD | DEDUCTION | CURRENT | YTD |
| SALARY | | 2,595.08 | 10,380.32 | FIT | | | | | | DCP | 63.00 | 252.00 |
| INTDIEM | | 0.00 | 602.00 | SIT | | | | | | DENTAL | 34.02 | 136.08 |
| TAXCOM | | 0.00 | 375.00 | FICA | 147.46 | 755.41 | | | | OPINS | 31.80 | 127.20 |
| PER DIEM | | 0.00 | 1,634.00 | FICM | 34.49 | 176.67 | | | | HEALTH | 152.92 | 611.68 |
| | | | | | | | | | | MSRS | 129.75 | 606.95 |
| | | | | | | | | | | PARK | 29.75 | 59.50 |
| TOTAL | | 2,595.08 | 12,991.32 | TOTAL | 181.95 | 932.08 | TOTAL | | | | | |
| TAXABLE WAGES | | 2,185.64 | | | | | | | | TOTAL | 441.24 | 1,793.41 |
| 8100065245 | | $1,971.89 | | | | | | | | NET PAY | $0.00 | $10,265.83 |

──────── REMOVE DOCUMENT ALONG THIS PERFORATION ────────

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

State of Minnesota
MINNESOTA SENATE
231 State Capitol Bldg.
St. Paul, MN 55155

22-96/960
8100065245      $1,971.89

DATE         CHECK NO.
04/01/2014   70110219

AMOUNT

**State of Minnesota**
*MINNESOTA SENATE*
231 State Capitol Bldg.
St. Paul, MN 55155

For Payroll Questions:
Ph 651-296-9321
Fax 651-296-5003

| EMPLOYEE | SEAN R. NIENOW | | | EMPLOYEE 710 | | Period End Date | 05/15/2014 | | Check No | 70111128 |
|---|---|---|---|---|---|---|---|---|---|---|
| EARNINGS | | CURRENT | YTD | TAX | CURRENT | YTD | BENEFIT | CURRENT | YTD | DEDUCTION | CURRENT | YTD |

| EARNINGS | CURRENT | YTD | TAX | CURRENT | YTD | DEDUCTION | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| PER DIEM | 2,580.00 | 6,880.00 | FIT | | | MSRS | 129.00 | 999.00 |
| INTDIEM | 0.00 | 602.00 | SIT | | | DCP | 0.00 | 315.00 |
| SALARY | 0.00 | 12,975.40 | FICA | 159.96 | 1,228.12 | DENTAL | 0.00 | 170.10 |
| TAXCOM | 0.00 | 375.00 | FICM | 37.41 | 287.22 | OPINS | 0.00 | 159.00 |
| | | | | | | HEALTH | 0.00 | 764.60 |
| | | | | | | PARK | 0.00 | 89.25 |
| TOTAL | 2,580.00 | 20,832.40 | TOTAL | 197.37 | 1,515.34 | | | |
| TAXABLE WAGES | 2,451.00 | | | | | TOTAL | 129.00 | 2,496.95 |
| 8100065245 | $2,253.63 | | | | | NET PAY | $0.00 | $16,820.11 |

---

**State of Minnesota**
*MINNESOTA SENATE*
231 State Capitol Bldg.
St. Paul, MN 55155

For Payroll Questions:
Ph 651-296-9321
Fax 651-296-5003

EMPLOYEE SEAN R. NIENOW   EMPLOYEE 710   Period End Date 04/15/2014   Check No 70110516

| EARNINGS | CURRENT | YTD | TAX | CURRENT | YTD | DEDUCTION | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| PER DIEM | 2,666.00 | 4,300.00 | FIT | | | MSRS | 133.30 | 740.25 |
| INTDIEM | 0.00 | 602.00 | SIT | | | DCP | 0.00 | 252.00 |
| SALARY | 0.00 | 10,380.32 | FICA | 165.29 | 920.70 | DENTAL | 0.00 | 136.08 |
| TAXCOM | 0.00 | 375.00 | FICM | 38.66 | 215.33 | OPINS | 0.00 | 127.20 |
| | | | | | | HEALTH | 0.00 | 611.68 |
| | | | | | | PARK | 0.00 | 59.50 |
| TOTAL | 2,666.00 | 15,657.32 | TOTAL | 203.95 | 1,136.03 | | | |
| TAXABLE WAGES | 2,532.70 | | | | | TOTAL | 133.30 | 1,926.71 |
| 8100065245 | $2,328.75 | | | | | NET PAY | $0.00 | $12,594.58 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

**State of Minnesota**
*MINNESOTA SENATE*
231 State Capitol Bldg.
St. Paul, MN 55155

For Payroll Questions:
Ph 651-296-9321
Fax 651-296-5003

EMPLOYEE SEAN R. NIENOW   EMPLOYEE 710   Period End Date 03/21/2014   Check No 70109930

| EARNINGS | CURRENT | YTD | TAX | CURRENT | YTD | DEDUCTION | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| INTDIEM | 172.00 | 602.00 | FIT | | | DCP | 0.00 | 189.00 |
| INTDIEM | 258.00 | 602.00 | SIT | | | DENTAL | 0.00 | 102.06 |
| TAXCOM | 125.00 | 375.00 | FICA | 34.41 | 607.95 | OPINS | 0.00 | 95.40 |
| SALARY | 0.00 | 7,785.24 | FICM | 8.05 | 142.18 | HEALTH | 0.00 | 458.76 |
| PER DIEM | 0.00 | 1,634.00 | | | | MSRS | 0.00 | 477.20 |
| | | | | | | PARK | 0.00 | 29.75 |
| TOTAL | 555.00 | 10,998.24 | TOTAL | 42.46 | 750.13 | | | |
| TAXABLE WAGES | 555.00 | | | | | TOTAL | 0.00 | 1,352.17 |
| 8100065245 | $512.54 | | | | | NET PAY | $0.00 | $8,293.94 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

| State of Minnesota | 22-96/960 | | DATE | CHECK NO. |
|---|---|---|---|---|
| *MINNESOTA SENATE* | 8100065245 | $512.54 | 03/21/2014 | 70109930 |